United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-11072-SK |
| Tiffany White | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: tmayC | Page 1 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: van150 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany White, 1310 Marion Ave., Lancaster, CA 93535-4834 |
| cr | + | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 40141525 | + | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144-5942 |
| 40120781 | + | Quality Loan Service CORP, 2763 Camino DeI Rio S, San Diego, CA 92108-3708 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 09 2021 06:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 09 2021 06:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jan 09 2021 04:57:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Jan 09 2021 04:57:00 | Deutsche Bank National Trust Company, as Trustee,, c/o McCarthy & Holthus, LLP, 411 Ivy Street, San Diego, CA 92101-2108 |
| 40243720 | | Email/Text: jennifer.chacon@spservicing.com | Jan 09 2021 04:58:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 40189738 | | EDI: ECMC.COM | Jan 09 2021 06:48:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 40266330 | | EDI: CALTAX.COM | Jan 09 2021 06:48:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 40129673 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:05:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40131375 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:10:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |

| | | |
|---|---|---|
| District/off: 0973-2 | User: tmayC | Page 2 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: van150 | Total Noticed: 13 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JaVonne M Phillips | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| Merdaud Jafarnia | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |
| Merdaud Jafarnia | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  mjafarnia@ecf.inforuptcy.com |
| Nancy L Lee | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor Wilmington Savings Fund Society   sferry@raslg.com, sferry@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust sferry@raslg.com, sferry@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 9

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Tiffany White
aka Tiffany Jacobs, aka Tiffany Harris

**BANKRUPTCY NO.** 2:20-bk-11072-SK

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-9594
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/8/21

**Address:**
1310 Marion Ave.
Lancaster, CA 93535

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 8, 2021

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**67 / TDM**